VEDDER PRICE P.C.
Laura Sack
Michael Goettig
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant*
*MODELL'S SPORTING GOODS, INC.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PREYADARSINI DURGAPRASAD,**

           Plaintiff,

-against-

**MODELL'S SPORTING GOODS,**

           Defendant.

---

Case No. 11-CV-3587 (CS)

ECF CASE

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2011, a copy of the foregoing: (i) Answer; (ii) Rule 7.1 Corporate Disclosure Statement; and (iii) Certificate of Service was filed and served electronically upon, and sent by regular mail to, *Pro Se* Plaintiff, Preyadarsini Durgaprasad, 100 Harty Street, Yonkers, NY 10701.

    Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
         September 12, 2011

Respectfully submitted,

MODELL'S SPORTING GOODS, INC.

By:   s/ Laura Sack
       By Its Attorneys

Laura Sack
Michael Goettig
Vedder Price P.C.
1633 Broadway
47th Floor
New York, New York  10019
(212) 407-7700

NEWYORK/#279617.1